IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL ALLEN,** individually and on behalf of similarly situated persons, | ) ) ) ) |
| Plaintiff, | ) **Case No. 7:21-cv-109-FL** ) |
| v. | ) ) |
| **C & A PIZZA, INC. d/b/a "Domino's Pizza"** and **JOHN E. RIDGE,** | ) **Jury Demanded** ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Michael Allen, by and through the undersigned counsel and pursuant to F.R.C.P. 41(a)(1)(A)(i), hereby dismisses his claims against C & A Pizza, Inc. and John E. Ridge without prejudice.

Respectfully submitted,

*/s/ Jacob J. Modla*
Jacob J. Modla, Esq. (NC Bar No. 17534)
**The Law Offices of Jason E. Taylor P.C.**
115 Elk Ave.
Rock Hill, South Carolina 29730
Phone: (803) 328-0898
jmodla@jasonetaylor.com

**ATTORNEYS FOR PLAINTIFF**